**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NICOLE EVA GROSS, | : | No. 602 MAL 2022 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| JARED ZALMAN MINTZ, | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.